1  JOHN M. SKONBERG, Bar No. 069409
   KIMBERLY L. OWENS, Bar No. 233185
2  MICHAEL G. PEDHIRNEY, Bar No. 233164
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street
4  20th Floor
   San Francisco, CA  94108.2693
5  Telephone:    415.433.1940
   Facsimile:    415.399.8490
6  E-mail: jskonberg@littler.com

7  Attorneys for Plaintiff
   DHL EXPRESS (USA), INC.
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  DHL EXPRESS (USA), INC.,            Case No. CV 05408-SC

13              Plaintiff,              **NOTICE OF VOLUNTARY DISMISSAL**

14      v.                             **[Fed. R. Civ. Proc. 41(a)]**

15  BROTHERHOOD OF TEAMSTERS
    AND AUTO TRUCK DRIVERS, LOCAL
16  85,

17              Defendant.

18

19          Notice is hereby given that pursuant to Rule 41(a) of the Federal Rules of Civil

20  Procedure, Plaintiff DHL Express (USA), Inc. voluntarily dismisses the above-captioned action

21  without prejudice.

22  Dated: September 11, 2006

23

24

25          IT IS SO ORDERED
            Judge Samuel Conti

26

27                                      MICHAEL G. PEDHIRNEY
                                        LITTLER MENDELSON
                                        A Professional Corporation
                                        Attorneys for Plaintiff
                                        DHL EXPRESS (USA), INC.

28  Firmwide:81472290.1 046629.1034

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433.1940

NOTICE OF DISMISSAL                     1                              Case No.

Dockets.Justia.com