JOHN M. SKONBERG, Bar No. 069409
KIMBERLY L. OWENS, Bar No. 233185
MICHAEL G. PEDHIRNEY, Bar No. 233164
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490
E-mail: jskonberg@littler.com

Attorneys for Plaintiff
DHL EXPRESS (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DHL EXPRESS (USA), INC., <br><br>              Plaintiff, <br><br>      v. <br><br> BROTHERHOOD OF TEAMSTERS AND AUTO TRUCK DRIVERS, LOCAL 85, <br><br>              Defendant. | Case No.  CV 05408-SC <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> [Fed. R. Civ. Proc. 41(a) |

Notice is hereby given that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff DHL Express (USA), Inc. voluntarily dismisses the above-captioned action without prejudice.

Dated: September 11, 2006

IT IS SO ORDERED
Judge Samuel Conti

MICHAEL G. PEDHIRNEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Plaintiff
DHL EXPRESS (USA), INC.

Firmwide:81472290.1 046629.1034

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

NOTICE OF DISMISSAL         1         Case No.